**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>CARLOS RUIZ-PATIÑO<br><br>Defendant | CRIMINAL NO. 23-085 (PAD) |

**MOTION REQUESTING SETTING OF CHANGE OF PLEA HEARING**

**TO THE HONORABLE COURT:**

Comes now, Carlos Ruiz-Patiño, through his undersigned attorney and respectfully alleges and prays:

1.     The parties have reached an agreement in this case that will dispose of the same via a plea agreement, subject to certain terms and conditions to be set in such document.

2.     Accordingly, it is requested that the Court sets the Change of Plea hearing for the appearing party.

3.     The undersigned will be out of the jurisdiction up to and including August 17, 2026 and upon his return will need to address the draft of the plea agreement in this case which have yet to be provided.  As the undersigned will commence a two (2) week trial in case 23-300 before Honorable Judge Besosa on August 31, 2026 it is requested that the change of plea hearing be set for after the conclusion of such trial.

4.     It is requested, that, if possible, for the hearing to be set for any of the following dates: September 15, 16 or 17, 2026 at any time.

WHEREFORE, it is respectfully requested that this Honorable Court grants this motion for the hearing for any of the proposed dates or any other available in the Court's calendar.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY:** That on August 6, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF systems that will send notification of such filling to all counsel of record in the instant case.

In San Juan, Puerto Rico, August 6, 2026.

S/*RAÚL S. MARIANI FRANCO*
RAÚL S. MARIANI FRANCO
USDC-PR NO.: 210309
P.O. BOX 9022864
SAN JUAN, PR 00902-2864
Tel.: (787) 620-0038
Fax: (787) 620-0039
marianifrancolaw@gmail.com